| | |
|---|---|
| 1 | Thomas M. Kerr (CA State Bar No. 241530) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
|   | Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
|   | Email: tom.kerr@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | ELEKTRA ENTERTAINMENT GROUP |
| 7 | INC.; WARNER BROS. RECORDS INC.; |
|   | UMG RECORDINGS, INC.; and SONY |
| 8 | BMG MUSIC ENTERTAINMENT |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC LOTZ,<br>Defendant. | CASE NO. C-06-6756-CRB<br><br>Honorable Charles R. Breyer<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

///
///
///
///
///
///
///

1

STIPULATION
Case No. C-06-6756-CRB
#27134 v1

///

Defendant Eric Lotz ("Defendant") was served with the Summons and Complaint on November 19, 2006, by substitute service. Plaintiffs and Defendant, each through their counsel, hereby stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint for forty (40) days to January 22, 2007.

DATED: 12/12/06

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs

DATED: 12/12/06

Matt Leal

By: _____
Matt Leal
Attorney for Defendant

IT IS SO ORDERED:

DATE: December 13, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION
Case No. C-06-6756-CRB
#27134 v1