Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT
GROUP INC.; WARNER BROS.
RECORDS INC.; UMG
RECORDINGS, INC.; and SONY BMG
MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br>　　　　　　　Plaintiffs,<br>　v.<br>ERIC LOTZ,<br>　　　　　　　Defendant. | CASE NO. C-06-6756-CRB<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C-06-6756-CRB
#29716 v1

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten (10) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant Eric Lotz ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00)

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "New Kid In Town," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "Hot for Teacher," on album "1984 (MCMLXXXIV)," by artist "Van Halen" (SR# 52-319);
- "It's So Easy," on album "Appetite for Destruction," by artist "Guns N Roses" (SR# 85-358);
- "All Apologies," on album "In Utero," by artist "Nirvana" (SR# 172-276);
- "Lithium," on album "Nevermind," by artist "Nirvana" (SR# 135-335);
- "Mysterious Ways," on album "Achtung Baby," by artist "U2" (SR# 139-599);
- "Angel Of Harlem," on album "Rattle & Hum," by artist "U2" (SR# 99-818);
- "New Year's Day," on album "War," by artist "U2" (SR# 42-944);

- "Captain Jack," on album "Piano Man," by artist "Billy Joel" (SR# N-12214);
- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR# 109-420);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: June 22, 2007

By: _____
Honorable Charles R. Breyer
United States District Judge



[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C-06-6756-CRB
#29716 v1